OPINION — AG — **** SCHOOL DISTRICT ANNEXATION — TAXES **** THE AD VALOREM TAX RATE FOR THE ANNEXING SCHOOL DISTRICT IS THE RATE FOR ALL THE SCHOOL DISTRICTS AFTER SUCH ANNEXATION IF THE ANNEXATION IS EFFECTIVE AFTER THE ELECTION OF SCHOOL DISTRICT TAX LEVIES AND BEFORE THE TAX LEVIES OF THE ENSUING YEAR HAD MADE AND CERTIFIED UNDER THE PROVISIONS OF 68 O.S. 1968 Supp., 2425 [68-2425](A) CITE: 70 O.S. 1961 4-40 [70-4-40], (W J. MONROE)